IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 74.64.28.158

**ISP:** Time Warner Cable
**Physical Location:** New York, NY

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 09/09/2017 21:35:03 | D0DB2F51F34377746B69D85A8ABB4B19405640A5 | Fit For A Fuck |
| 02/02/2017 16:19:20 | 3F4A5DBF141AC8226C9FFA51A3E357A71593FAFC | A Rose A Kiss and A Bang |
| 01/14/2017 22:37:47 | A952933DC3E61D1B14DD7F439A8E35FF2C6DC5F4 | New Year Bang |
| 07/07/2016 02:18:26 | F82E94D6BDC8580667DD3FFC837B8730AE84CEA4 | Like the First Time |
| 07/07/2016 02:16:05 | 975A98587CD2FAA4E6B309B31B0C492715A93AB9 | The Ranch Hand |
| 04/24/2016 07:07:26 | 1B18D50812B58182D5E73C2DF44A124A48B3A479 | Sex At The Office |
| 12/15/2015 02:35:47 | 24749B2D2FA20F38142DF7E7AFC4536AF7338948 | The Cabin And My Wood |
| 08/29/2015 05:32:06 | E2C405FAA5D9CC9DC4ACF936A2A6F7813AC00248 | Among The Wildflowers |
| 08/24/2015 02:48:10 | 67B80D50A8D6CC221EFAB4A83E777C7182884706 | California Surf Fever |
| 08/24/2015 02:47:05 | 0FF35577760FE2E0E5FF4BE5130AB6A1E5A46C00 | Tight Ass Teen |
| 08/20/2015 03:48:32 | 8804928FE8C7D028F95189478E180611B4ABB1BF | A Fucking Hot Threesome |
| 08/20/2015 03:46:48 | CA05BEEA4160AA8CE6D40729CF807C9C83C10A99 | Infinite Luvv |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A

SNY386