**Copyrights-In-Suit for IP Address 74.64.28.158**

**ISP:** Time Warner Cable
**Location:** New York, NY

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Fit For A Fuck | PA0002078597 | 08/12/2017 | 08/30/2017 | 09/09/2017 |
| A Rose A Kiss and A Bang | PA0002042063 | 01/28/2017 | 03/25/2017 | 02/02/2017 |
| New Year Bang | PA0002042052 | 01/07/2017 | 03/25/2017 | 01/14/2017 |
| Like the First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 07/07/2016 |
| The Ranch Hand | PA0002031863 | 07/02/2016 | 08/29/2016 | 07/07/2016 |
| Sex At The Office | PA0001990003 | 01/07/2016 | 01/18/2016 | 04/24/2016 |
| The Cabin And My Wood | PA0001973997 | 11/01/2015 | 11/16/2015 | 12/15/2015 |
| Among The Wildflowers | PA0001954794 | 07/31/2015 | 08/03/2015 | 08/29/2015 |
| California Surf Fever | PA0001953953 | 07/23/2015 | 07/29/2015 | 08/24/2015 |
| Tight Ass Teen | PA0001938748 | 04/01/2015 | 04/06/2015 | 08/24/2015 |
| A Fucking Hot Threesome | PA0001957700 | 08/07/2015 | 08/17/2015 | 08/20/2015 |
| Infinite Luvv | PA0001958606 | 08/12/2015 | 08/18/2015 | 08/20/2015 |

**Total Malibu Media, LLC Copyrights Infringed: 12**

EXHIBIT B

SNY386